[L. A. No. 10044. In Bank.—March 30, 1931.]

SOUTHERN CALIFORNIA TELEPHONE COMPANY (a Corporation), Respondent, v. COUNTY OF LOS ANGELES, Appellant.

Everett W. Mattoon, County Counsel, and W. Sumner Holbrook, Jr., Deputy County Counsel, for Appellant.

Pillsbury, Madison & Sutro and Lawler & Degnan for Respondent.

THE COURT.—This is one of the cases consolidated on appeal with *Southern California Telephone Co.* v. *County of Los Angeles* (L. A. No. 10625), *ante,* p. 121 [298 Pac. 9], the opinion in which was this day filed. ▆ On the authority of that decision, the judgment is reversed.